IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:10-834-JFA |
|---|---|---|
| v. | ) | ORDER |
| GARY LEE GILLION | ) | |

The defendant was allowed to remain on bond pending appeal and his conviction has now been affirmed under the mandate of the Fourth Circuit Court of Appeals issued this day. Accordingly, the defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal Service. The Clerk is requested to send a copy of this order to the United States Marshal Service so a designation can be requested from the Bureau of Prisons.

IT IS SO ORDERED.

January 29, 2013  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge