IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 3:10-834-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GARY LEE GILLION | ) | |
| | ) | |

_____

The defendant has moved for a bond pending a ruling on his Petition for a Writ of Certiorari in the United States Supreme Court. After reviewing the decision of the United States Court of Appeals for the Fourth Circuit, the court denies the motion. The court will allow the defendant to self-report to the designated institution if that is his wish.

IT IS SO ORDERED.

February 14, 2013  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge